NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1663


CHASTITY ARDOIN

VERSUS

MITCHELL BOURGEOIS


**************

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-16088
HONORABLE H. WARD FONTENOT, PRESIDING

**************

JAMES T. GENOVESE
JUDGE

**************

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.


MOTION TO DISMISS APPEAL DENIED.


JACK W. CASKEY
P.O. BOX 1052
LAKE CHARLES, LA 70602
Telephone: (337) 439-8854
Counsel for Chasity Ardoin

LEE H. DES BORDES, JR.
7732 GOODWOOD BLVD., STE. A
BATON ROUGE, LA 70806
Telephone:  (225) 248-8500
Counsel for Mitchell Bourgeois